UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENAH, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>AVIC FORSTAR S&T CO., LTD.,<br><br>        Defendant. | Case No. 16-cv-07053 NC<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO SERVE DEFENDANT** |

This breach of contract lawsuit was filed over a year ago, on December 9, 2016. As of today, plaintiff Senah, Inc. has not served defendant AVIC Forstar S&T Co., Ltd. As a result of this failure, the Court ORDERS Senah to file a document not to exceed five pages addressing why the Court should not dismiss this case for failure to serve the defendant under Federal Rule of Civil Procedure 4(m). This document must be filed with the Court by December 19, 2017. Filing of this document has no effect on the case management conference that is scheduled for December 20. Senah's case management statement is past due. *See* Dkt. Nos. 20, 21.

**IT IS SO ORDERED.**

Dated: December 14, 2017

                                                    NATHANAEL M. COUSINS
                                                    United States Magistrate Judge

Case No. 16-cv-07053 NC